IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ODELL RUTLEDGE JR,

    Plaintiff,

v.                                        CASE NO. 1:11cv258-SPM/GRJ

ODELL RUTLEDGE JR,

    Defendant.
_____/

## **ORDER**

THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated December 1, 2011 (doc. 4).  Odell Rutledge, Jr., has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Instead, Mr. Rutledge filed a "Request in 'Admiralty'" (doc. 5), which like his complaint makes no sense and is legally frivolous.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.     The magistrate judge's report and recommendation (doc. 4) is ADOPTED and incorporated by reference in this order.

2.This case is dismissed as frivolous pursuant to 28 U.S.C. § 1915A.

DONE AND ORDERED this 4th January, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO. 1:11cv258-SPM/GRJ